UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA - Flagstaff

MAGISTRATE JUDGE'S MINUTES

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 0 1 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

DATE: 5/31/2005        CASE NUMBER: 05-4103M

USA vs. Bruce Bryan

U.S. MAGISTRATE JUDGE: MARK E. APSEY  #: 70BP

A.U.S.A Attorney Camille Bibles            INTERPRETER_____
                                            LANGUAGE_____
Attorney for Defendant Daniel Kaiser (Appointed for Flagstaff proceedings only)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness __

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA 5-31-05            ☒ Initial Appearance        ☐ Appointment of counsel hearing held
☒ Financial Afdvt taken ☐ No Financial Afdvt taken ☐ Financial Afdvt sealed
☒ Rule 5 (c)(3)        ☐ Defendant states true name to be___. Further proceedings ORDERED in Defendant's true name.

**DETENTION HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
Set for:
Before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released_____
☐ Defendant continued detained pending trial
   ☐ Flight risk ☐ Danger

**REMOVAL HEARING/ID:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
☒ Waived
Set for:
Before:
☐ Warrant of removal issued.
☒ Defendant ordered released _____

**PRELIMINARY HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
☐ Waived
Set for:
Before:
☐ Probable cause found   ☐ Dismissed
☐ Held to answer before District Court

**STATUS HEARING:** re:_____
☐ Held ☐ Con't ☐ Reset
Set for:
Before:

Other: Defendant sworn in regarding financial affidavit. Based upon the financial affidavit court orders defendant be provisionally appointed counsel. Defendant to appear on June 16, 2005 at 10:00 am at the US District Court New York.

The Court specifically finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. IT IS FURTHER ORDERED that excludable delay under Title 18 USC Section 3161 __ will commence on__ thru__ for a total of __ days.

RECORDED: Cass. Courtsmart
BY: Christina S. Hurley
Deputy Clerk

AUSA/PTS/JUDGE/USMF/CNSL