(Rev  10/03) Order Holding Defendant

FILED _____ LODGED
RECEIVED _____

JUN 0 2 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
ARIZONA

# UNITED STATES DISTRICT COURT

_____ DISTRICT _____

UNITED STATES OF AMERICA

v

Bruce Bryan

## ORDER HOLDING DEFENDANT TO ANSWER AND TO APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION

Case Number:   05-4103M

Charging District Case Number:   05MAG876

The defendant having appeared before this Court pursuant to Rule 5(c)(3), Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the

_____ Southern _____ District of _____ New York _____ ; and shall appear at all proceedings as required.

The defendant shall next appear at (if blank, to be notified)   US District Court at 500 Pearl Street
                                                                 *Place and Address*

New York, NY 10007 _____ on June 16, 2005 at 10:00 am _____ .
                                                      *Date and Time*

*Signature of Judicial Officer*

June 1, 2005
*Date*

Mark E. Aspey/ Magistrate Judge
*Name and Title of Judicial Officer*